STATE OF NORTH CAROLINA v. LARRY SPENCE AND ROBERT NEWMAN

No. 477PA88

(Filed 4 May 1989)

ON discretionary review of a decision of the Court of Appeals, 91 N.C. App. 288, 372 S.E. 2d 98 (1988) (opinion unpublished), which found no error in defendants' trial before *Brannon, J.*, at the 4 April 1987 Criminal Session of Superior Court, DURHAM County. Heard in the Supreme Court on 11 April 1989.

*Lacy H. Thornburg, Attorney General, by Philip A. Telfer, Assistant Attorney General, for the State.*

*Robin E. Hudson for defendant appellant Spence; Craig B. Brown for defendant appellant Newman.*

PER CURIAM.

After careful consideration of the briefs and arguments we conclude the petition for discretionary review was improvidently allowed.

Discretionary review improvidently allowed.